**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CESAR CLASS,

        Plaintiff,

v.	Case No:	6:21-cv-2061-RBD-DCI

QUIDAM GROUP, LLC., and
DIEGO OLMEDO,

        Defendants.

**ORDER OF DISMISSAL**

This cause is before the Court upon Plaintiff's Notice of Settlement filed on August 25, 2022, (Doc. 12), indicating that this case has settled. Accordingly, it is

**ORDERED AND ADJUDGED**:

1. That the above-styled cause is hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

2. All pending motions are denied as moot and all deadlines and hearings are terminated.

3. The Clerk is **DIRECTED** to close this file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on September 6, 2022.

ROY B. DALTON JR.
United States District Judge